FILED
CLERK, U.S. DISTRICT COURT

MAY 18 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER ABEL VARGAS,<br><br>Defendant. | Case No.: MJ-18-01267<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern District of California** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **failure to report to supervision; left the Southern District without permission**

and/or

1 | B. ( ) The defendant has not met his/her burden of establishing by clear and
2 | convincing evidence that he/she is not likely to pose a danger to the safety of any
3 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4 | finding is based on: _____
5 | _____
6 | _____
7 | _____

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 18, 2018

*Alicia G. Rosenberg* (signature)
ALICIA G. ROSENBERG
United States Magistrate Judge